```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 43149
   VICKIE L THOMAS
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

            Debtor
   SSN XXX-XX-8920
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/19/04 and confirmed on 03/30/05.

   2.  The case was dismissed after confirmation, 07/17/2008.

   3.  The Debtor paid a total of $  75970.25 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | CURRENT MORTG | 48041.70 | .00 | 48041.70 |
| WELLS FARGO BANK | MORTGAGE ARRE | 2327.89 | .00 | 2327.89 |
| CITIFINANCIAL | SECURED | 8871.00 | .00 | 8871.00 |
| CITIFINANCIAL | MORTGAGE ARRE | 626.68 | .00 | 626.68 |
| HOME STATE BANK | SECURED | 7225.00 | 1013.78 | 7225.00 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4740.01 | .00 | 1374.39 |
| BARRINGTON HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| NORTH STREET PARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| HOME STATE BANK | UNSECURED | 3542.09 | .00 | 1027.05 |

           Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 67092.27 | .00 | 8282.10 | .00 | 75374.37 |
| PRINCIPAL PAID | 67092.27 | .00 | 2401.44 | .00 | 69493.71 |
| INTEREST PAID | 1013.78 | .00 | .00 | .00 | 1013.78 |
| TOTAL PAID | 68106.05 | .00 | 2401.44 | .00 | 70507.49 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $   3262.76 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/08/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
        CASE NO. 04 B 43149 VICKIE L THOMAS
```